United States District Court

Eastern District of California

Ronnie O'Neal Brown,

       Plaintiff,                     No. Civ. S 02-1956 FCD PAN P

  vs.                                Order

Richard E. Early, et al.,

       Defendants.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Defendants move to vacate pretrial and trial dates established in the schedule made September 22, 2004.

Pursuant to the schedule, plaintiff had until June 10, 2005, to file and serve a pretrial statement, defendants had until June 24, 2005, to file and serve a pretrial statement, pretrial conference is set for July 1, 2005, and trial is set for September 20, 2005.  Since defendants' motion to dismiss is pending, defendants' June 24, 2005, motion is granted and the

1  above dates are vacated.
2      So ordered.
3      Dated:  June 28, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge