Case 2:02-cv-01956-FCD-PAN   Document 76   Filed 12/01/05   Page 1 of 1

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF



FILED

NOV 3 0 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

| | |
|---|---|
| RONNIE O. BROWN,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>RICHARD E. EARLY, Warden; et al.,<br><br>   Defendants - Appellees. | No. 05-17105<br>D.C. No. CV-02-01956-FCD/PAN<br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: *Δ repeadethly refused to appear for depositions and repeadethly ignored court orders thus willfully obstructed the prosecution of this case*

_____
Judge
United States District Court

Date: 11/30/05